

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

| | |
|---|---|
| 1 | NICHOLAS TRUTANICH |
| | United States Attorney |
| 2 | District of Nevada |
| | Nevada Bar Number 13644 |
| 3 | KEVIN D. SCHIFF |
| | Assistant United States Attorney |
| 4 | 501 Las Vegas Blvd. South, Suite 1100 |
| | Las Vegas, Nevada 89101 |
| 5 | PHONE: (702) 388-6336 |
| | FAX: (702) 388-5087 |
| 6 | Kevin.Schiff@usdoj.gov |
| | *Attorneys for the United States* |

2019 APR 11 PM 3: 23

U.S. MAGISTRATE JUDGE

BY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL-SITE INFORMATION, AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-482-0508 | Magistrate No. 2:19-mj-157-GWF<br><br>**MOTION TO UNSEAL** |

The United States of America, by Nicholas Trutanich, United States Attorney, and her assistant Kevin D. Schiff, herby moves this Court for an Order to unseal the Application, Warrant, and Order for a Pen Register, Trap and Trace, and GPS tracking warrant.

The warrant and affidavit were issued on February 27, 2019, and sealed at that time to protect the integrity of an ongoing investigation. Subsequently the investigation resulted in an indictment in 2:19-cr-00071-RFB-PAL. The Government seeks to unseal the above

captioned matter so that the referenced documents can be provided in discovery.

DATED this 11th day of April, 2019.

Nicholas Trutanich
United States Attorney

_____
Kevin D. Schiff
Assistant United States Attorney

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL-SITE INFORMATION, AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-482-0508. | Magistrate No. 2:19-mj-157-GWF<br><br>ORDER TO UNSEAL |

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds that the above captioned matter and all documents filed therein shall be unsealed.

IT IS SO ORDERED:

_____
THE HONORABLE GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 4/11/2019